# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131677

HOME-OWNERS INSURANCE COMPANY,
        Plaintiff-Appellant,

v

CRAIG JOHN BONNVILLE, DIMTRI
JONATHAN BONNVILLE, PAUL MATTHEW
LANGE, and RICHARD ALLEN LANGE,
        Defendants-Appellees.

SC: 131677
COA: 266794
Lapeer CC: 04-035144-CK

_____/

On order of the Court, the application for leave to appeal the June 8, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

_____
Clerk

d1122